# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reagan, Michael J. | Southern District of Illinois | 12/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Chief Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

750 Missouri Avenue`
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director` | Central and Southern Illinois Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reagan, Michael J. | 12/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T | A | Dividend | K | T | | | | | |
| 2. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 3. Intel Corp | A | Dividend | K | T | | | | | |
| 4. Campbell Soup Co | A | Dividend | J | T | | | | | |
| 5. McKesson Stock | A | Dividend | K | T | | | | | |
| 6. Sysco Co Stock | B | Dividend | K | T | | | | | |
| 7. United Technologies Co Stock | A | Dividend | K | T | | | | | |
| 8. Dominion Res Incorp V A New | B | Dividend | K | T | | | | | |
| 9. Northern Tr Corp | A | Dividend | K | T | | | | | |
| 10. New York Times | A | Dividend | J | T | | | | | |
| 11. J P Morgan Chase | A | Dividend | K | T | | | | | |
| 12. General Electric Stock | A | Dividend | K | T | | | | | |
| 13. Raymond James Bank Deposit Account | A | Interest | K | T | | | | | |
| 14. Kellogg Co | A | Dividend | K | T | | | | | |
| 15. Monsanto Co | A | Dividend | J | T | | | | | |
| 16. Wells Fargo Bank CD | A | Interest | K | T | | | | | |
| 17. First Trust Inerest Rate Hedge 66 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Raymond James Bank Deposit Account | A | Interest | J | T | | | | | |
| 19. Franklin Income Fund | B | Dividend | K | T | Buy (add'l) | 12/02/14 | J | | |
| 20. Pimco Income Stgy Fd | A | Dividend | J | T | | | | | |
| 21. Direxion Sh Tr Emerg Mkts | | None | | | Sold | 02/14/14 | J | A | |
| 22. Outerwall | | None | | | Sold | 01/03/14 | J | A | |
| 23. Boeing Call | | None | | | Sold | 01/06/14 | J | A | |
| 24. Stratasys Ltd Call | | None | | | Sold | 02/14/14 | J | A | |
| 25. Stratasys Ltd Call | | None | | | Sold | 02/18/14 | J | A | |
| 26. Select Spector Call | | None | | | Sold | 02/14/14 | J | A | |
| 27. Abbott Labs Com | | None | | | Buy | 12/19/14 | K | | |
| 28. Abbott Labs Com | | None | | | Sold | 12/22/14 | K | A | |
| 29. Achillion Pharmaceuticals | | None | | | Sold | 01/24/14 | J | A | |
| 30. Conn's Inc | | None | | | Sold | 02/07/14 | J | A | |
| 31. Direxion Shares Trust Energy Bull | | None | | | Buy | 01/09/14 | J | | |
| 32. Direxion Shares Trust Energy Bull | | None | | | Sold | 01/22/14 | J | A | |
| 33. Direxion Shares Trust Daily Small Cap | | None | | | Buy | 01/27/14 | J | | |
| 34. Direxion Shares Trust Daily Small Cap | | None | | | Sold | 01/28/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Direxion Shres Trust Emerging Mkt | | None | | | Sold | 01/02/14 | J | A | |
| 36. Direxion Shares Trust Financial Bull 3X | | None | | | Buy | 01/23/14 | J | | |
| 37. Direxion Shares Trust Financial Bull 3X | | None | | | Sold | 01/27/14 | J | A | |
| 38. Walt Disney Co | | None | | | Buy | 01/30/14 | J | | |
| 39. Walt Disney Co | | None | | | Sold | 10/02/14 | J | A | |
| 40. Walt Disney Co | | None | | | Buy | 09/03/14 | J | | |
| 41. Walt Disney Co | | None | | | Sold | 10/25/14 | J | A | |
| 42. Facebook Inc | | None | | | Buy | 10/10/14 | J | | |
| 43. Facebook Inc | | None | | | Sold | 10/17/14 | J | A | |
| 44. Finisar Corp | | None | | | Buy | 01/21/14 | J | | |
| 45. Finisar Corp | | None | | | Sold | 02/14/14 | J | A | |
| 46. Gogo Inc | | None | | | Buy | 01/07/14 | J | | |
| 47. Gogo Inc | | None | | | Sold | 01/22/14 | J | A | |
| 48. Google Inc | | None | | | Buy | 02/07/14 | J | | |
| 49. Google Inc | | None | | | Sold | 02/08/14 | J | A | |
| 50. Gopro Inc | | None | | | Buy | 11/10/14 | K | | |
| 51. Gopro Inc | | None | | | Sold | 12/26/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Hanwah Solarone Co | | None | | | Sold | 03/13/14 | J | A | |
| 53. Melco Crown Entertainment | A | Dividend | | | Buy | 01/03/14 | J | | |
| 54. Melco Crown Entertainment | | None | | | Sold | 04/02/14 | J | A | |
| 55. Monster Beverage Corp | | None | | | Buy | 07/11/14 | J | | |
| 56. Monster Beverage Corp | | None | | | Sold | 08/14/14 | J | A | |
| 57. Natus Medical Inc | | None | | | Buy | 01/22/14 | J | | |
| 58. Natus Medical Inc | | None | | | Sold | 01/29/14 | J | A | |
| 59. Net Flix Com | | None | | | Buy | 03/18/14 | J | | |
| 60. Net Flix Com | | None | | | Sold | 06/04/14 | J | A | |
| 61. Net Ease Inc | | None | | | Buy | 02/20/14 | J | | |
| 62. Net Ease Inc | | None | | | Sold | 02/21/14 | J | A | |
| 63. Oasis Petroleum Inc | | None | | | Sold | 02/07/14 | K | A | |
| 64. Pharmacyclics Inc | | None | | | Sold | 01/07/14 | K | B | |
| 65. Pioneer Natural Resources | | None | | | Buy | 06/19/14 | K | | |
| 66. Pioneer Natural Resources | | None | | | Sold | 08/27/14 | K | A | |
| 67. Priceline Group | | None | | | Buy | 06/06/14 | J | | |
| 68. Priceline Group | | None | | | Sold | 07/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proshares Ultra Pro | | None | | | Buy | 01/10/14 | J | | |
| 70. Proshares Ultra Pro | | None | | | Sold | 01/17/14 | J | A | |
| 71. Quihoo 360 Technology | | None | | | Buy | 01/10/14 | K | | |
| 72. Quihoo 360 Technology | | None | | | Sold | 01/17/14 | K | A | |
| 73. Quintiles Transnatural | | None | | | Buy | 03/05/14 | J | | |
| 74. Quintiles Transnatural | | None | | | Sold | 10/01/14 | J | A | |
| 75. Synaptics Inc | | None | | | Buy | 01/03/14 | J | | |
| 76. Synaptics Inc | | None | | | Sold | 01/21/14 | J | A | |
| 77. Tesla Motors | | None | | | Buy | 02/10/14 | K | | |
| 78. Tesla Motors | | None | | | Sold | 02/18/14 | K | C | |
| 79. Thermo Fisher Scientific | A | Dividend | | | Buy | 07/17/14 | J | | |
| 80. Thermo Fisher Scientific | A | Dividend | | | Sold | 10/10/14 | J | A | |
| 81. Apple Calls | | None | | | Buy | 06/27/14 | J | | |
| 82. Apple Calls | | None | | | Sold | 07/23/14 | J | A | |
| 83. Apple Calls | | None | | | Buy | 07/23/14 | J | | |
| 84. Apple Calls | | None | | | Sold | 07/24/14 | J | A | |
| 85. Apple Calls | | None | | | Buy | 09/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Apple Calls | | None | | | Sold | 09/09/14 | J | A | |
| 87. | Apple Calls | | None | | | Buy | 09/09/14 | J | | |
| 88. | Apple Calls | | None | | | Sold | 09/10/14 | J | A | |
| 89. | Apple Calls | | None | | | Buy | 08/18/14 | J | | |
| 90. | Apple Calls | | None | | | Sold | 09/09/14 | J | A | |
| 91. | Apple Calls | | None | | | Buy | 01/31/14 | J | | |
| 92. | Apple Calls | | None | | | Sold | 07/03/14 | J | A | |
| 93. | Apple Calls | | None | | | Buy | 01/28/14 | J | | |
| 94. | Apple Calls | | None | | | Sold | 02/11/14 | J | A | |
| 95. | Apple Calls | | None | | | Buy | 02/11/14 | J | | |
| 96. | Apple Calls | | None | | | Sold | 02/12/14 | J | A | |
| 97. | Apple Calls | | None | | | Buy | 01/24/14 | J | | |
| 98. | Apple Calls | | None | | | Sold | 02/11/14 | J | A | |
| 99. | Apple Calls | | None | | | Buy | 01/28/14 | J | | |
| 100. | Apple Calls | | None | | | Sold | 04/24/14 | J | A | |
| 101. | Apple Calls | | None | | | Buy | 01/28/14 | J | | |
| 102. | Apple Calls | | None | | | Sold | 04/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Amazon Call | | None | | | Buy | 01/13/14 | J | | |
| 104. Amazon Call | | None | | | Sold | 01/14/14 | J | A | |
| 105. Amazon Put | | None | | | Buy | 04/03/14 | J | | |
| 106. Amazon Put | | None | | | Sold | 04/04/14 | J | A | |
| 107. Amazon Put | | None | | | Buy | 03/31/14 | J | | |
| 108. Amazon Put | | None | | | Sold | 04/03/14 | J | A | |
| 109. Amazon Put | | None | | | Buy | 10/24/14 | J | | |
| 110. Amazon Put | | None | | | Sold | 10/27/14 | J | A | |
| 111. Amazon Put | | None | | | Buy | 10/20/14 | J | | |
| 112. Amazon Put | | None | | | Sold | 10/24/14 | J | A | |
| 113. Amazon Put | | None | | | Buy | 11/11/14 | J | | |
| 114. Amazon Put | | None | | | Sold | 11/12/14 | J | A | |
| 115. Amazon Put | | None | | | Buy | 11/11/14 | J | | |
| 116. Amazon Put | | None | | | Sold | 11/11/14 | J | A | |
| 117. Amazon Put | | None | | | Buy | 11/28/14 | J | | |
| 118. Amazon Put | | None | | | Sold | 11/28/14 | J | B | |
| 119. Amazon Put | | None | | | Buy | 11/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Amazon Put | | None | | | Sold | 11/28/14 | J | A | |
| 121. Alibaba Group Call | | None | | | Buy | 11/03/14 | J | | |
| 122. Alibaba Group Call | | None | | | Sold | 11/04/14 | J | A | |
| 123. Alibaba Group Call | | None | | | Buy | 11/04/14 | J | | |
| 124. Alibaba Group Call | | None | | | Sold | 11/05/14 | J | A | |
| 125. Alibaba Group Call | | None | | | Buy | 11/03/14 | J | | |
| 126. Alibaba Group Call | | None | | | Sold | 11/04/14 | J | A | |
| 127. Caterpillar Put | | None | | | Buy | 01/27/14 | J | | |
| 128. Caterpillar Put | | None | | | Sold | 01/29/14 | J | A | |
| 129. Ciena Corp Call | | None | | | Buy | 03/31/14 | J | | |
| 130. Ciena Corp Call | | None | | | Sold | 04/02/14 | J | A | |
| 131. Ciena Corp Call | | None | | | Buy | 04/02/14 | J | | |
| 132. Ciena Corp Call | | None | | | Sold | 04/03/14 | J | A | |
| 133. Colgate Palmolive Put | | None | | | Buy | 02/24/14 | J | | |
| 134. Colgate Palmolive Put | | None | | | Sold | 04/19/14 | J | A | |
| 135. Chipolte Mexican Grill Call | | None | | | Buy | 07/15/14 | J | | |
| 136. Chipolte Mexican Grill Call | | None | | | Sold | 07/22/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chipolte Mexican Grill Call | | None | | | Buy | 07/22/14 | J | | |
| 138. Chipolte Mexican Grill Call | | None | | | Sold | 07/23/14 | J | A | |
| 139. Chipolte Mexican Grill Call | | None | | | Buy | 10/24/14 | J | | |
| 140. Chipolte Mexican Grill Call | | None | | | Sold | 10/24/14 | J | A | |
| 141. Chipolte Mexican Grill Call | | None | | | Buy | 10/24/14 | J | | |
| 142. Chipolte Mexican Grill Call | | None | | | Sold | 10/27/14 | J | B | |
| 143. Capital One Finl Put | | None | | | Buy | 01/17/14 | J | | |
| 144. Capital One Finl Put | | None | | | Sold | 01/21/14 | J | A | |
| 145. Capital One Finl Put | | None | | | Buy | 01/16/14 | J | | |
| 146. Capital One Finl Put | | None | | | Sold | 01/17/14 | J | B | |
| 147. Salesforce.com Call | | None | | | Buy | 05/20/14 | J | | |
| 148. Salesforce.com Call | | None | | | Sold | 05/23/14 | J | A | |
| 149. Salesforce.com Call | | None | | | Buy | 05/23/14 | J | | |
| 150. Salesforce.com Call | | None | | | Sold | 05/27/14 | J | A | |
| 151. 3D Systems Call | | None | | | Buy | 03/21/14 | J | | |
| 152. 3D Systems Call | | None | | | Sold | 03/25/14 | J | A | |
| 153. Walt Disney Call | | None | | | Buy | 05/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Walt Disney Call | | None | | | Sold | 05/17/14 | J | A | |
| 155. Ebay Call | | None | | | Buy | 01/23/14 | J | | |
| 156. Ebay Call | | None | | | Sold | 01/24/14 | J | A | |
| 157. Ebay Call | | None | | | Buy | 01/29/14 | J | | |
| 158. Ebay Call | | None | | | Sold | 01/30/14 | J | A | |
| 159. Ebay Call | | None | | | Buy | 01/14/14 | J | | |
| 160. Ebay Call | | None | | | Sold | 01/29/14 | J | A | |
| 161. Ebay Call | | None | | | Buy | 03/27/14 | J | | |
| 162. Ebay Call | | None | | | Sold | 04/04/14 | J | A | |
| 163. Ebay Call | | None | | | Buy | 04/04/14 | J | | |
| 164. Ebay Call | | None | | | Sold | 04/07/14 | J | A | |
| 165. Ebay Call | | None | | | Buy | 03/27/14 | J | | |
| 166. Ebay Call | | None | | | Sold | 04/04/14 | J | A | |
| 167. Ebay Call | | None | | | Buy | 04/29/14 | J | | |
| 168. Ebay Call | | None | | | Sold | 06/21/14 | J | A | |
| 169. Ebay Call | | None | | | Buy | 06/21/14 | J | | |
| 170. Ebay Call | | None | | | Sold | 06/23/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ebay Call | | None | | | Buy | 04/29/14 | J | | |
| 172. Ebay Call | | None | | | Sold | 06/21/14 | J | A | |
| 173. Ebay Call | | None | | | Buy | 01/23/14 | J | | |
| 174. Ebay Call | | None | | | Sold | 01/24/14 | J | A | |
| 175. Ishares EEM Call | | None | | | Buy | 09/02/14 | J | | |
| 176. Ishares EEM Call | | None | | | Sold | 10/18/14 | J | A | |
| 177. Ishares EWG Put | | None | | | Buy | 04/09/14 | J | | |
| 178. Ishares EWG Put | | None | | | Sold | 05/17/14 | J | A | |
| 179. Facebook Call | | None | | | Buy | 04/23/14 | J | | |
| 180. Facebook Call | | None | | | Sold | 04/25/14 | J | A | |
| 181. Facebook Call | | None | | | Buy | 04/09/14 | J | | |
| 182. Facebook Call | | None | | | Sold | 05/02/14 | J | A | |
| 183. Facebook Call | | None | | | Buy | 05/02/14 | J | | |
| 184. Facebook Call | | None | | | Sold | 05/05/14 | J | A | |
| 185. Facebook Put | | None | | | Buy | 10/31/14 | J | | |
| 186. Facebook Put | | None | | | Sold | 11/02/14 | J | A | |
| 187. Fireeye Put | | None | | | Buy | 05/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fireeye Put | | None | | | Sold | 05/23/14 | J | A | |
| 189. Market Vectors Call | | None | | | Buy | 04/09/14 | J | | |
| 190. Market Vectors Call | | None | | | Sold | 05/17/14 | J | A | |
| 191. Market Vectors Call | | None | | | Buy | 05/17/14 | J | | |
| 192. Market Vectors Call | | None | | | Sold | 05/19/14 | J | A | |
| 193. General Electric Call | | None | | | Buy | 02/28/14 | J | | |
| 194. General Electric Call | | None | | | Sold | 03/26/14 | J | A | |
| 195. General Motors Put | | None | | | Buy | 04/04/14 | J | | |
| 196. General Motors Put | | None | | | Sold | 04/07/14 | J | A | |
| 197. General Motors Put | | None | | | Buy | 04/01/14 | J | | |
| 198. General Motors Put | | None | | | Sold | 04/04/14 | J | A | |
| 199. Keurig Put | | None | | | Buy | 11/22/14 | J | | |
| 200. Keurig Put | | None | | | Sold | 11/24/14 | J | A | |
| 201. Gopro Call | | None | | | Buy | 12/22/14 | J | | |
| 202. Gopro Call | | None | | | Sold | 12/23/14 | J | A | |
| 203. Gopro Call | | None | | | Buy | 11/21/14 | J | | |
| 204. Gopro Call | | None | | | Sold | 11/24/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Hain Celestial Put | | None | | | Buy | 05/07/14 | J | | |
| 206. Hain Celestial Put | | None | | | Sold | 05/17/14 | J | A | |
| 207. HR Block Call | | None | | | Buy | 10/06/14 | J | | |
| 208. HR Block Call | | None | | | Sold | 12/05/14 | J | A | |
| 209. IBM Put | | None | | | Buy | 01/21/14 | J | | |
| 210. IBM Put | | None | | | Sold | 01/24/14 | J | A | |
| 211. IBM Put | | None | | | Buy | 01/24/14 | J | | |
| 212. IBM Put | | None | | | Sold | 01/27/14 | J | A | |
| 213. IBM Put | | None | | | Buy | 01/21/14 | J | | |
| 214. IBM Put | | None | | | Sold | 01/27/14 | J | B | |
| 215. IBM Put | | None | | | Buy | 03/04/14 | J | | |
| 216. IBM Put | | None | | | Sold | 04/17/14 | J | A | |
| 217. IBM Put | | None | | | Buy | 04/17/14 | J | | |
| 218. IBM Put | | None | | | Sold | 04/21/14 | J | A | |
| 219. IBM Put | | None | | | Buy | 03/04/14 | J | | |
| 220. IBM Put | | None | | | Sold | 04/17/14 | J | A | |
| 221. IBM Put | | None | | | Buy | 04/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  IBM Put | | None | | | Sold | 05/05/14 | J | A | |
| 223.  IBM Put | | None | | | Buy | 05/05/14 | J | | |
| 224.  IBM Put | | None | | | Sold | 05/06/14 | J | A | |
| 225.  IBM Put | | None | | | Buy | 04/17/14 | J | | |
| 226.  IBM Put | | None | | | Sold | 05/05/14 | J | A | |
| 227.  Intel Call | | None | | | Buy | 01/17/14 | J | | |
| 228.  Intel Call | | None | | | Sold | 01/21/14 | J | A | |
| 229.  Intel Call | | None | | | Buy | 01/15/14 | J | | |
| 230.  Intel Call | | None | | | Sold | 01/18/14 | J | A | |
| 231.  ISIS Pharmaceutical Call | | None | | | Buy | 12/26/14 | J | | |
| 232.  ISIS Pharmaceutical Call | | None | | | Sold | 12/29/14 | J | A | |
| 233.  Juniper Networks Put | | None | | | Buy | 01/24/14 | J | | |
| 234.  Juniper Networks Put | | None | | | Sold | 01/27/14 | J | A | |
| 235.  Juniper Networks Put | | None | | | Buy | 01/23/14 | J | | |
| 236.  Juniper Networks Put | | None | | | Sold | 01/24/14 | J | A | |
| 237.  JP Morgan Chase Put | | None | | | Buy | 03/12/14 | J | | |
| 238.  JP Morgan Chase Put | | None | | | Sold | 03/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Kate Spade Call | | None | | | Buy | 03/13/14 | J | | |
| 240. Kate Spade Call | | None | | | Sold | 03/19/14 | J | A | |
| 241. El Pollo Loco Call | | None | | | Buy | 09/04/14 | J | | |
| 242. El Pollo Loco Call | | None | | | Sold | 09/15/14 | J | A | |
| 243. Macy's Put | | None | | | Buy | 11/11/14 | J | | |
| 244. Macy's Put | | None | | | Sold | 11/12/14 | J | A | |
| 245. Macy's Put | | None | | | Buy | 11/10/14 | J | | |
| 246. Macy's Put | | None | | | Sold | 11/11/14 | J | A | |
| 247. Morgan Stanley Put | | None | | | Buy | 04/07/14 | J | | |
| 248. Morgan Stanley Put | | None | | | Sold | 04/08/14 | J | A | |
| 249. Morgan Stanley Put | | None | | | Buy | 03/28/14 | J | | |
| 250. Morgan Stanley Put | | None | | | Sold | 04/07/14 | J | A | |
| 251. Noodles Put | | None | | | Buy | 08/14/14 | J | | |
| 252. Noodles Put | | None | | | Sold | 08/15/14 | J | A | |
| 253. Netflix Call | | None | | | Buy | 01/23/14 | J | | |
| 254. Netflix Call | | None | | | Sold | 01/24/14 | J | A | |
| 255. Netflix Call | | None | | | Buy | 01/22/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Netflix Call | | None | | | Sold | 01/23/14 | J | D | |
| 257. Netflix Call | | None | | | Buy | 03/22/14 | J | | |
| 258. Netflix Call | | None | | | Sold | 03/24/14 | J | A | |
| 259. Netflix Call | | None | | | Buy | 02/14/14 | J | | |
| 260. Netflix Call | | None | | | Sold | 02/25/14 | J | B | |
| 261. Netflix Call | | None | | | Buy | 02/25/14 | J | | |
| 262. Netflix Call | | None | | | Sold | 02/26/14 | J | A | |
| 263. Netflix Call | | None | | | Buy | 03/28/14 | J | | |
| 264. Netflix Call | | None | | | Sold | 03/31/14 | J | A | |
| 265. Netflix Call | | None | | | Buy | 04/04/14 | J | | |
| 266. Netflix Call | | None | | | Sold | 04/07/14 | J | A | |
| 267. Netflix Call | | None | | | Buy | 04/02/14 | J | | |
| 268. Netflix Call | | None | | | Sold | 04/03/14 | J | A | |
| 269. Netflix Call | | None | | | Buy | 03/18/14 | J | | |
| 270. Netflix Call | | None | | | Sold | 03/19/14 | J | A | |
| 271. Netflix Call | | None | | | Buy | 04/25/14 | J | | |
| 272. Netflix Call | | None | | | Sold | 01/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Netflix Call | | None | | | Buy | 04/23/14 | J | | |
| 274. Netflix Call | | None | | | Sold | 04/24/14 | J | A | |
| 275. Netflix Call | | None | | | Buy | 04/23/14 | J | | |
| 276. Netflix Call | | None | | | Sold | 04/24/14 | J | A | |
| 277. Netflix Call | | None | | | Buy | 05/09/14 | J | | |
| 278. Netflix Call | | None | | | Sold | 05/22/14 | J | A | |
| 279. Netflix Call | | None | | | Buy | 05/07/14 | J | | |
| 280. Netflix Call | | None | | | Sold | 05/09/14 | J | A | |
| 281. Netflix Call | | None | | | Buy | 01/22/14 | J | | |
| 282. Netflix Call | | None | | | Sold | 01/23/14 | J | A | |
| 283. Netflix Call | | None | | | Buy | 01/23/14 | J | | |
| 284. Netflix Call | | None | | | Sold | 01/24/14 | J | C | |
| 285. Petroleo Brasileiro Call | | None | | | Buy | 07/17/14 | J | | |
| 286. Petroleo Brasileiro Call | | None | | | Sold | 08/20/14 | J | A | |
| 287. Pioneer Natural Resources Call | | None | | | Buy | 07/19/14 | J | | |
| 288. Pioneer Natural Resources Call | | None | | | Sold | 07/21/14 | J | A | |
| 289. Pioneer Natural Resources Call | | None | | | Buy | 08/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Pioneer Natural Resources Call | | None | | | Sold | 08/11/14 | J | A | |
| 291. Powershares QQQ Put | | None | | | Buy | 05/05/14 | J | | |
| 292. Powershares QQQ Put | | None | | | Sold | 07/19/14 | J | A | |
| 293. Powershares QQQ Put | | None | | | Buy | 09/15/14 | J | | |
| 294. Powershares QQQ Put | | None | | | Sold | 09/16/14 | J | A | |
| 295. Powershares QQQ Put | | None | | | Buy | 10/10/14 | J | | |
| 296. Powershares QQQ Put | | None | | | Sold | 10/14/14 | J | A | |
| 297. Powershares QQQ Put | | None | | | Buy | 10/08/14 | J | | |
| 298. Powershares QQQ Put | | None | | | Sold | 10/10/14 | J | A | |
| 299. Powershares QQQ Put | | None | | | Buy | 09/05/14 | J | | |
| 300. Powershares QQQ Put | | None | | | Sold | 09/15/14 | J | A | |
| 301. Powershares QQQ Put | | None | | | Buy | 12/08/14 | J | | |
| 302. Powershares QQQ Put | | None | | | Sold | 12/09/14 | J | A | |
| 303. Powershares QQQ Put | | None | | | Buy | 12/02/14 | J | | |
| 304. Powershares QQQ Put | | None | | | Sold | 12/08/14 | J | A | |
| 305. Starbucks Call | | None | | | Buy | 06/12/14 | J | | |
| 306. Starbucks Call | | None | | | Sold | 06/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Starbucks Call | | None | | | Buy | 06/19/14 | J | | |
| 308. Starbucks Call | | None | | | Sold | 06/25/14 | J | A | |
| 309. Solarity Put | | None | | | Buy | 03/31/14 | J | | |
| 310. Solarity Put | | None | | | Sold | 04/02/14 | J | A | |
| 311. Solarity Put | | None | | | Buy | 04/02/14 | J | | |
| 312. Solarity Put | | None | | | Sold | 04/03/14 | J | A | |
| 313. Market Vectors Put | | None | | | Buy | 07/28/14 | J | | |
| 314. Market Vectors Put | | None | | | Sold | 07/29/14 | J | A | |
| 315. Market Vectors Put | | None | | | Buy | 07/14/14 | J | | |
| 316. Market Vectors Put | | None | | | Sold | 07/28/14 | J | A | |
| 317. Spdr Tr Call | | None | | | Buy | 09/17/14 | J | | |
| 318. Spdr Tr Call | | None | | | Sold | 09/26/14 | J | A | |
| 319. Spdr Tr Call | | None | | | Buy | 09/26/14 | J | | |
| 320. Spdr Tr Call | | None | | | Sold | 09/29/14 | J | A | |
| 321. Spdr Tr Call | | None | | | Buy | 11/21/14 | J | | |
| 322. Spdr Tr Call | | None | | | Sold | 11/25/14 | J | A | |
| 323. Spdr Tr Call | | None | | | Buy | 11/25/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Spdr Tr Call | | None | | | Sold | 11/26/14 | J | A | |
| 325. Tesla Motors Call | | None | | | Buy | 01/23/14 | J | | |
| 326. Tesla Motors Call | | None | | | Sold | 01/30/14 | J | A | |
| 327. Tesla Motors Call | | None | | | Buy | 03/27/14 | J | | |
| 328. Tesla Motors Call | | None | | | Sold | 03/28/14 | J | A | |
| 329. Tesla Motors Call | | None | | | Buy | 05/05/14 | J | | |
| 330. Tesla Motors Call | | None | | | Sold | 08/06/14 | J | B | |
| 331. Tesla Motors Call | | None | | | Buy | 06/23/14 | J | | |
| 332. Tesla Motors Call | | None | | | Sold | 08/07/14 | J | A | |
| 333. Tesla Motors Put | | None | | | Buy | 02/19/14 | J | | |
| 334. Tesla Motors Put | | None | | | Sold | 02/20/14 | J | A | |
| 335. Tesla Motors Put | | None | | | Buy | 05/08/14 | J | | |
| 336. Tesla Motors Put | | None | | | Sold | 05/08/14 | J | A | |
| 337. Tesla Motors Call | | None | | | Buy | 01/21/14 | J | | |
| 338. Tesla Motors Call | | None | | | Sold | 01/24/14 | J | A | |
| 339. Tesla Motors Call | | None | | | Buy | 04/08/14 | J | | |
| 340. Tesla Motors Call | | None | | | Sold | 09/04/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Tesla Motors Call | | None | | | Buy | 04/11/14 | J | | |
| 342. Tesla Motors Call | | None | | | Sold | 05/05/14 | J | A | |
| 343. Twitter Call | | None | | | Buy | 10/31/14 | J | | |
| 344. Twitter Call | | None | | | Sold | 11/03/14 | J | A | |
| 345. Twitter Put | | None | | | Buy | 04/25/14 | J | | |
| 346. Twitter Put | | None | | | Sold | 05/06/14 | J | A | |
| 347. Twitter Put | | None | | | Buy | 05/06/14 | J | | |
| 348. Twitter Put | | None | | | Sold | 05/07/14 | J | A | |
| 349. Twitter Put | | None | | | Buy | 04/25/14 | J | | |
| 350. Twitter Put | | None | | | Sold | 05/06/14 | J | A | |
| 351. Twitter Put | | None | | | Buy | 10/31/14 | J | | |
| 352. Twitter Put | | None | | | Sold | 11/03/14 | J | A | |
| 353. Valspar Call | | None | | | Buy | 08/12/14 | J | | |
| 354. Valspar Call | | None | | | Sold | 08/13/14 | J | A | |
| 355. Valspar Put | | None | | | Buy | 08/12/14 | J | | |
| 356. Valspar Put | | None | | | Sold | 08/13/14 | J | A | |
| 357. Verizon Call | | None | | | Buy | 07/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Verizon Call | | None | | | Sold | 07/29/14 | J | A | |
| 359. Whole Foods Put | | None | | | Buy | 03/27/14 | J | | |
| 360. Whole Foods Put | | None | | | Sold | 03/28/14 | J | A | |
| 361. Whole Foods Put | | None | | | Buy | 05/06/14 | J | | |
| 362. Whole Foods Put | | None | | | Sold | 05/07/14 | J | C | |
| 363. Whole Foods Put | | None | | | Buy | 03/10/14 | J | | |
| 364. Whole Foods Put | | None | | | Sold | 03/27/14 | J | A | |
| 365. Weight Watchers Call | | None | | | Buy | 02/20/14 | J | | |
| 366. Weight Watchers Call | | None | | | Sold | 02/21/14 | J | A | |
| 367. Weight Watchers Put | | None | | | Buy | 02/20/14 | J | | |
| 368. Weight Watchers Put | | None | | | Sold | 02/21/14 | J | A | |
| 369. Wynn Resorts Put | | None | | | Buy | 03/22/14 | J | | |
| 370. Wynn Resorts Put | | None | | | Sold | 03/24/14 | J | A | |
| 371. Wynn Resorts Put | | None | | | Buy | 03/20/14 | J | | |
| 372. Wynn Resorts Put | | None | | | Sold | 03/22/14 | J | A | |
| 373. Spdr XHB Put | | None | | | Buy | 01/17/14 | J | | |
| 374. Spdr XHB Put | | None | | | Sold | 01/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Select Sector Spdr Put | | None | | | Buy | 03/23/14 | J | | |
| 376. Select Sector Spdr Put | | None | | | Sold | 04/19/14 | J | A | |
| 377. Select Sector Spdr Put | | None | | | Buy | 04/19/14 | J | | |
| 378. Select Sector Spdr Put | | None | | | Sold | 04/21/14 | J | A | |
| 379. Select Sector Spdr Put | | None | | | Buy | 03/12/14 | J | | |
| 380. Select Sector Spdr Put | | None | | | Sold | 04/19/14 | J | A | |
| 381. Select Sector Spdr Call | | None | | | Buy | 01/14/14 | J | | |
| 382. Select Sector Spdr Call | | None | | | Sold | 01/15/14 | J | A | |
| 383. Select Sector Spdr Put | | None | | | Buy | 04/02/14 | J | | |
| 384. Select Sector Spdr Put | | None | | | Sold | 04/03/14 | J | A | |
| 385. Select Sector Spdr Put | | None | | | Buy | 07/28/14 | J | | |
| 386. Select Sector Spdr Put | | None | | | Sold | 07/30/14 | J | A | |
| 387. Exxon Mobil Call | | None | | | Buy | 02/04/14 | J | | |
| 388. Exxon Mobil Call | | None | | | Sold | 02/14/14 | J | A | |
| 389. Exxon Mobil Put | | None | | | Buy | 02/14/14 | J | | |
| 390. Exxon Mobil Put | | None | | | Sold | 02/18/14 | J | A | |
| 391. Yahoo Call | | None | | | Buy | 11/10/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Yahoo Call | | None | | | Sold | 11/13/14 | J | A | |
| 393. Linn Energy | | None | | | Buy | 06/22/14 | J | | |
| 394. Linn Energy | | None | | | Sold | 08/11/14 | J | A | |
| 395. Amophenol Call | | None | | | Sold | 01/22/14 | J | B | |
| 396. Cincinnati Financial | | None | | | Sold | 06/21/14 | J | A | |
| 397. Facebook Call | | None | | | Sold | 01/29/14 | J | A | |
| 398. Facebook Call | | None | | | Sold | 01/30/14 | J | A | |
| 399. Las Vegas Sand Call | | None | | | Sold | 01/06/14 | J | A | |
| 400. Pharmacyclics Call | | None | | | Sold | 01/06/14 | J | A | |
| 401. ISIS Pharmaceuticals | | None | J | T | Buy | 12/19/14 | J | | |
| 402. Tesla Motors Call | | None | J | T | Buy | 09/05/14 | J | | |
| 403. Vanguard Strat Small Cap Equity | | None | K | T | Buy | 12/23/14 | L | | |
| 404. IRA #3 - Ameritrade Bank Account | | None | K | T | Buy | 12/31/14 | K | | |
| 405. Apple Inc | | None | J | T | Buy | 11/18/14 | J | | |
| 406. Google Inc | | None | J | T | Buy | 02/20/14 | J | | |
| 407. Vanguard High Dividend Yield | A | Dividend | K | T | Buy | 11/03/14 | K | | |
| 408. Vanguard 500 Index | A | Dividend | K | T | Buy | 08/22/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Ruger | | None | | | Buy | 01/02/14 | J | | |
| 410.  Ruger | | None | | | Sold | 01/21/14 | J | A | |
| 411.  Strata Sys Ltd | | None | | | Buy | 01/02/14 | J | | |
| 412.  Strata Sys Ltd | | None | | | Sold | 02/07/14 | J | A | |
| 413.  Cincinnati Financial | | None | | | Buy | 01/02/14 | J | | |
| 414.  Cincinnati Financial | | None | | | Sold | 01/06/14 | J | A | |
| 415.  Hewlitt Packard | | None | | | Buy | 01/02/14 | J | | |
| 416.  Hewlitt Packard | | None | | | Buy | 01/02/14 | J | | |
| 417.  Hewlitt Packard | | None | | | Sold | 01/21/14 | J | A | |
| 418.  Facebook | | None | | | Buy | 01/02/14 | J | | |
| 419.  Facebook | | None | | | Sold | 02/10/14 | J | A | |
| 420.  Game Stop | | None | | | Buy | 01/02/14 | J | | |
| 421.  Game Stop | | None | | | Sold | 01/22/14 | J | A | |
| 422.  Broadridge Financial | A | Dividend | | | Buy | 01/02/14 | J | | |
| 423.  Broadridge Financial | | None | | | Sold | 03/17/14 | J | A | |
| 424.  Nutrisystem | | None | | | Buy | 01/02/14 | J | | |
| 425.  Nutrisystem | | None | | | Sold | 02/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Athelon Energy | | None | | | Buy | 01/02/14 | J | | |
| 427. Athelon Energy | | None | | | Sold | 01/29/14 | J | A | |
| 428. 3M | A | Dividend | | | Buy | 01/03/14 | J | | |
| 429. 3M | | None | | | Sold | 02/24/14 | J | A | |
| 430. Amazon | | None | | | Buy | 01/06/14 | K | | |
| 431. Amazon | | None | | | Sold | 01/24/14 | K | A | |
| 432. Health Life | | None | | | Buy | 01/17/14 | J | | |
| 433. Health Life | | None | | | Sold | 01/17/14 | J | A | |
| 434. Powershares Biotech | | None | | | Buy | 01/22/14 | J | | |
| 435. Powershares Biotech | | None | | | Sold | 06/12/14 | J | A | |
| 436. Ishares US Aerospace | | None | | | Buy | 01/22/14 | J | | |
| 437. Ishares US Aerospace | | None | | | Sold | 03/17/14 | J | A | |
| 438. Net Flix | | None | | | Buy | 01/22/14 | J | | |
| 439. Net Flix | | None | | | Sold | 01/22/14 | J | A | |
| 440. Net Flix | | None | | | Buy | 01/22/14 | J | | |
| 441. Net Flix | | None | | | Sold | 01/22/14 | J | A | |
| 442. Net Flix | | None | | | Buy | 01/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Net Flix | | None | | | Sold | 01/22/14 | J | A | |
| 444. Net Flix | | None | | | Buy | 01/22/14 | J | | |
| 445. Net Flix | | None | | | Sold | 01/22/14 | J | A | |
| 446. Facebook | | None | | | Sold | 01/24/14 | J | A | |
| 447. Korn/Ferry Intl | | None | | | Buy | 01/24/14 | J | | |
| 448. Korn/Ferry Intl | | None | | | Sold | 02/11/14 | J | A | |
| 449. Health Life | | None | | | Buy | 01/24/14 | J | | |
| 450. Health Life | | None | | | Sold | 01/24/14 | J | B | |
| 451. Callaway Golf | | None | | | Buy | 01/27/14 | J | | |
| 452. Callaway Golf | | None | | | Sold | 02/07/14 | J | A | |
| 453. Sysco Corp | | None | | | Buy | 01/28/14 | J | | |
| 454. Sysco Corp | | None | | | Sold | 02/21/14 | J | A | |
| 455. Amazon | | None | | | Buy | 01/30/14 | K | | |
| 456. Amazon | | None | | | Buy | 01/30/14 | J | | |
| 457. Amazon | | None | | | Sold | 01/30/14 | J | A | |
| 458. Amazon | | None | | | Sold | 02/18/14 | K | A | |
| 459. Google | | None | | | Buy | 02/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. Google | | None | | | Sold (part) | 07/18/14 | K | A | |
| 461. Google | | None | | | Buy (add'l) | 03/03/14 | J | | |
| 462. Google | | None | | | Sold | 08/22/14 | J | A | |
| 463. Tesla | | None | | | Buy | 03/04/14 | K | | |
| 464. Tesla | | None | | | Sold | 08/18/14 | K | A | |
| 465. First Trust Industries | | None | | | Buy | 01/22/14 | J | | |
| 466. First Trust Industries | | None | | | Sold (part) | 03/05/14 | J | A | |
| 467. First Trust Industries | | None | | | Sold | 03/17/14 | J | A | |
| 468. Facebook | | None | | | Buy | 02/07/14 | J | | |
| 469. Facebook | | None | | | Buy | 03/17/14 | J | | |
| 470. Facebook | | None | | | Buy | 03/17/14 | J | | |
| 471. Facebook | | None | | | Sold | 07/28/14 | J | A | |
| 472. Facebook | | None | | | Sold | 08/01/14 | J | A | |
| 473. Bank of New York Mellon | A | Dividend | | | Buy | 07/01/14 | J | | |
| 474. Bank of New York Mellon | | None | | | Sold | 07/28/14 | J | A | |
| 475. Dean Foods | | None | | | Buy | 07/11/14 | J | | |
| 476. Dean Foods | | None | | | Sold | 08/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Gilead Sciences | | None | | | Buy | 03/05/14 | J | | |
| 478. Gilead Sciences | | None | | | Buy (add'l) | 08/22/14 | J | | |
| 479. Gilead Sciences | | None | | | Sold | 09/05/14 | K | A | |
| 480. T Mobile | | None | | | Buy | 08/29/14 | J | | |
| 481. T Mobile | | None | | | Sold | 09/05/14 | J | A | |
| 482. Gilead Sciences | | None | | | Buy | 09/09/14 | J | | |
| 483. Gilead Sciences | | None | | | Sold | 11/06/14 | J | A | |
| 484. Outerwall | | None | | | Buy | 01/01/14 | J | | |
| 485. Outerwall | | None | | | Sold | 01/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 12/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, Page 32, Lines 484 and 485 - Item inadvertently omitted from original filing.

# FINANCIAL DISCLOSURE REPORT

Page 34 of 34

Name of Person Reporting

Reagan, Michael J.

Date of Report

12/08/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

2015.12.20
16:08:19
-06'00'

Signature: s/ Michael J. Reagan

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544